UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

G and P Warehouse, Inc.

Plaintiff,

-against-

616 Supermarket Corp et al

Defendants.

26-cv-3833 (ALC)

**ORDER**

ANDREW L. CARTER, JR., United States District Judge:

Defendants were supposed to file a letter requesting a pre-motion conference ahead of filing their motion to dismiss in accordance with the Court's Individual Practices. By October 1, 2026, the Parties should provide the Court with a joint status report with the status of settlement negotiations.

SO ORDERED.

Dated: September 25, 2026
New York, New York

ANDREW L. CARTER, JR.
United States District Judge