**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

G and P Warehouse, Inc.

Plaintiff,

-against-

616 Supermarket Corp et al

Defendants.

26-cv-3833 (ALC)

**ORDER**

**ANDREW L. CARTER, JR., United States District Judge:**

In light of the October 1, 2026 joint status report, the Court denies Defendant's motion to dismiss without prejudice. The Court will refer this case to Magistrate Judge Willis for settlement and general pre-trial purposes. The Parties are encouraged to settle and should provide the Court with a joint status report by November 18, 2026. If settlement isn't reached, Defendant can file a pre-motion conference letter ahead of a motion to dismiss.

The Clerk of Court is respectfully directed to terminate ECF No. 23.

**SO ORDERED.**

**Dated:** October 2, 2026
New York, New York

Andrew L Carter Jr

**ANDREW L. CARTER, JR.**
**United States District Judge**