**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **G AND P WAREHOUSE, INC.,**<br>**Plaintiff,**<br>**-against-**<br>**616 SUPERMARKET CORP. ET AL,**<br>**Defendants.** | **26-cv-3833 (ALC)**<br>**ORDER** |

**ANDREW L. CARTER, JR., United States District Judge:**

The Court's previously ordered deadline of November 18, 2026, for a joint status report, is hereby extended. The Parties are ORDERED to submit a joint status report as to settlement by December 18, 2026.

**SO ORDERED.**

Dated: November 12, 2026
New York, New York

**ANDREW L. CARTER, JR.**
**United States District Judge**